IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELWANNA SIMPSON, | : | |
|       Plaintiff | : | CIVIL ACTION |
| v. | : | No. 18-2272 |
| | : | |
| TEMPLE UNIVERSITY AND T.J. LOGAN, | : | |
|       Defendants | : | |

## ORDER

This 1st day of August, 2019, upon consideration of Plaintiff's Motion to Amend the Complaint (ECF No. 32) and Defendants' Response (ECF No. 34), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**. The time within which Plaintiff must respond to the pending Motion for Summary Judgment is extended to September 3, 2019.

                                                    /s/ Gerald Austin McHugh
                                                  United States District Judge