# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELWANNA SIMPSON** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 18-2272** |
| v. | : | |
| | : | |
| **TEMPLE UNIVERSITY AND** | : | |
| **T.J. LOGAN** | : | |
| **Defendants.** | : | |

## ORDER

This 23rd day of October, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 28), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

                                               /s/ Gerald Austin McHugh
                                              United States District Judge